IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARLA MCLEOD, Special**
**Executor of the ESTATE OF**
**VERNON M. AULD**                                             **PLAINTIFF**

VS.                 NO. 4:02CV00397 JMM

**UNITED STATES OF AMERICA**                         **DEFENDANT**

## JUDGMENT

The Defendant's Motion for Summary Judgment is granted (#14) and the case is hereby dismissed.

**IT IS SO ADJUDGED this 15th day of July, 2005.**

_____
**James M. Moody**
**United States District Judge**

1